UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEGGY AND JOHN LITZ, h/w ) | Case Number: 1:cv-10-2358 |
| ) | |
| **Plaintiff** ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | |
| NATIONAL ACTION FINANCIAL ) | |
| SERVICES, INC. AND ) | |
| CALVARY PORTFOLIO SERVICES, ) | |
| LLC ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, PEGGY and JOHN LITZ, h/w, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/ Brent F. Vullings
            Brent F. Vullings, Esquire
            Attorney for Plaintiff
            Attorney I.D. #92344
            Warren & Vullings, LLP
            93 Old York Road
            Jenkintown, PA 19046
            215-745-9800